USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re GLAXOSMITHKLINE ERISA LITIGATION | Civ. A. No. 1:10-cv-06419-AKH |
| This Document Relates To: | **CLASS ACTION** |
| All Actions | |

TO:  Edwin J. Mills
Michael J. Klein
Stull, Stull & Brody
6 E. 45th Street
New York, NY 10017

Samuel H. Rudman
Mark Reich
Robbins Geller Rudman & Dowd LLP
58 S. Service Road, Suite 200
Melville, NY 11747

**DEFENDANTS' NOTICE OF MOTION FOR
A TEMPORARY STAY OF PROCEEDINGS**

*[Handwritten note: The Motion for a temporary stay is denied. It cannot be known at this time if and to what extent, the decisions of the Court of Appeals will be dispositive. SO ORDERED [signature] November 4, 2010.]*

PLEASE TAKE NOTICE that, based upon the accompanying Memorandum of Law in Support of Defendants' Motion for A Temporary Stay of Proceedings, Defendants GlaxoSmithKline plc, GlaxoSmithKline Retirement Savings Plan Committee, Andrew Witty, Jean-Pierre Garnier, Julian Heslop, Moncef Slaoui, Christopher Viehbacher, Christopher Gent, Roy Anderson, Stephanie Burns, Lawrence Culp, Crispin Davis, Deryck Maughan, James Murdoch, Daniel Podolsky, Ian Prosser, Ronaldo Schmitz, Tom de Swaan, Robert Wilson, Michelle Killiam, M. Judith Lynch and Does 1-30 will move this Court, before the Honorable Alvin K. Hellerstein of the U.S. District Court for the Southern District of New York, at Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 11D, New York, NY

10007-1312, on a date and at a time to be designated by the Court, for an Order granting their Motion for A Temporary Stay of Proceedings.

Dated: October 29, 2010

Respectfully submitted,

_____
Brian T. Ortelere*
Jeremy P. Blumenfeld*
Melissa D. Hill*
Erica E. Flores
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel:  (215) 963-5000
Fax:  (215) 963-5001
bortelere@morganlewis.com
jblumenfeld@morganlewis.com
melissa.hill@morganlewis.com
eflores@morganlewis.com

Melissa R. Kelly
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Tel:  (212) 309-6000
Fax:  (212) 309-6001
mkelly@morganlewis.com

* To be admitted *pro hac vice*

*Counsel for Defendants*

2

DB1/65906473.2

## CERTIFICATE OF SERVICE

I, Erica E. Flores, hereby certify that on this 29th day of October, 2010, true and correct copies of Defendants GlaxoSmithKline plc, GlaxoSmithKline Retirement Savings Plan Committee, Andrew Witty, Jean-Pierre Garnier, Julian Heslop, Moncef Slaoui, Christopher Viehbacher, Christopher Gent, Roy Anderson, Stephanie Burns, Lawrence Culp, Crispin Davis, Deryck Maughan, James Murdoch, Daniel Podolsky, Ian Prosser, Ronaldo Schmitz, Tom de Swaan, Robert Wilson, Michelle Killiam, M. Judith Lynch and Does 1-30's Notice of Motion for A Temporary Stay of Proceedings, supporting Memorandum of Law and all Exhibits thereto were served upon the following by overnight delivery and by electronic filing with the Clerk of the United States District Court for the Southern District of New York, and are available for viewing and downloading from the ECF system:

>Edwin J. Mills
>Michael J. Klein
>Stull, Stull & Brody
>6 E. 45th Street
>New York, NY 10017
>
>Samuel H. Rudman
>Mark Reich
>Robbins Geller Rudman & Dowd LLP
>58 S. Service Road, Suite 200
>Melville, NY 11747
>
>*Counsel for Plaintiffs*

_____
Erica E. Flores